**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RETHY CROSS                                                                                    PLAINTIFF

V.                                       NO. 3:06CV00125 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration[1]                                                        DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 13th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Therefore, he has been substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P 25(d)(1).